# JAFFE & ASHER LLP

ATTORNEYS AT LAW

PLEASE RESPOND TO WHITE PLAINS OFFICE

600 THIRD AVENUE
NEW YORK, NY 10016-1901
212-687-3000
TOLL FREE 888-625-9895

ESTABLISHED 1974
WWW.JAFFEANDASHER.COM

445 HAMILTON AVENUE, SUITE 405
WHITE PLAINS, NY 10601
TEL 212-687-3000
FAX 914-437-8076

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/2023

May 12, 2023

**VIA ECF**

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

MEMO ENDORSED

OK
Colleen McMahon
5/15/2023

Re:   **LM Insurance Corporation v. United Specialty Insurance Company**
      **Civil Action No.   :   1:23-cv-02353-CM**

Dear Judge McMahon:

Our firm represents plaintiff LM Insurance Corporation in the above-mentioned matter. We submit this letter to request an additional 20 days to file a proposed Civil Case Management Plan, as required in your Honor's Order of March 21, 2023, making it due on June 2, 2023. I am sending this letter at the request of defendant's counsel, who is in court today.

The reason for this request is that the parties have been involved in settlement discussions, and we are close to resolving this action. We expect to be in a position to advise the Court that this matter has been settled by the end of the month.

We appreciate the Court's consideration in this matter.

Respectfully submitted,

Marshall T. Potashner

MTP:mp
cc:   Sherri Pavloff, Esq. (via ECF)